# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ebone Leroy East,<br><br>    Plaintiff,<br><br>v.<br><br>County of Riverside, et al.,<br><br>    Defendants. | **NO. CV-23-00959-PHX-SMB**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 8, 2024, judgment of dismissal for lack of personal jurisdiction is entered. Plaintiff to take nothing, and the complaint and action are dismissed with prejudice.

                                            Debra D. Lucas
                                            District Court Executive/Clerk of Court

March 8, 2024

                                            s/ D. Draper
                                  By   Deputy Clerk